IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-61-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KALU KALU, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered defendant's motion to authorize Juliet Imo to release funds [D.E. 112] and the government's response in opposition [D.E. 116, 119]. The motion [D.E. 112] is DENIED. Defendant's motion to strike [D.E. 120] also is DENIED.

SO ORDERED. This 4 day of May 2011.

JAMES C. DEVER III
United States District Judge