IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-61-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KALU KALU, | ) | |
| | ) | |
| Defendant. | ) | |

On September 17, 2010, defendant filed a motion to authorize Juliet Imo to release funds [D.E. 112]. The government responded in opposition to the motion [D.E. 116, 119], and defendant filed replies [D.E. 117–18] and a motion to strike [D.E. 120]. On April 4, 2011, defendant filed a "request to know the status of the motion filed with the court" [D.E. 127]. On May 4, 2011, having fully considered the arguments of the parties, the court denied defendant's motions to authorize release of funds and to strike [D.E. 129]. On June 10 and August 12, 2011, defendant filed additional "request[s] to know the status of the motion filed with the court" [D.E. 130, 132].

In a notice of appeal [D.E. 133] filed on August 22, 2011, defendant contends that he was not served with a copy of the court's May 4, 2011 order. The clerk is DIRECTED to send defendant a copy of the court's May 4, 2011 order at his address of record.[1]

SO ORDERED. This 29 day of August 2011.

JAMES C. DEVER III
United States District Judge

---

[1] Defendant is incarcerated at Moshannon Valley Correctional Institution in Philipsburg, Pennsylvania. See Bureau of Prisons, Inmate Locator, http://www.bop.gov/iloc2/InmateFinder Servlet?Transaction=IDSearch&needingMoreList=false&IDType=IRN&IDNumber=51538-056 (last visited August 26, 2011); see also [D.E. 133].